# Exhibit B

*AFFIDAVIT OF LOST NOTE*

June 2, 2004

Loan No. 0201072055

Mailing Address:
981 Airway Court
Suite E
Santa Rosa, CA 95403

State of California
County of Sonoma



The undersigned, Affiant herein, being first duly sworn, deposed and says:

1. That he is the Assistant Secretary of GREENPOINT MORTGAGE FUNDING, INC., with offices at 981 Airway Court, Suite E, Santa Rosa, Ca. 95403 in his capacity as Assistant Secretary he is familiar with the account and note described below.
2. That GREENPOINT MORTGAGE FUNDING, INC. is the owner and holder of the Note and Indebtedness being further described as a Promissory Note signed by Einice M. Jaames-Scott, Michael David Scott dated April 26, 2004 in the original amount of $ 25,000.00.
3. The Promissory Note was made payable originally to GreenPoint Mortgage Funding, Inc. Deed of Trust securing said Promissory Note, described with the property address of: 40 Old Stable DR, Mansfield, MA 02048
4. That the Promissory Note was Lost under the following circumstances: Unable to Locate
5. That the Affiant has made due and diligent search for the Promissory Note; but has not found the same.
6. Affiant has not, nor has any other person to affiant's knowledge, canceled the above described instrument or transferred or in any other way been divested of the ownership of or rights under the above described Promissory Note except for the loss as herein above set forth.
7. In the event that any other person, partnership, corporation, association or other entity makes a claim of any nature whatsoever against the borrowers with respect to the note, seller agrees to indemnify, defend and hold GREENPOINT MORTGAGE FUNDING, INC. or it assignee or successor in interest harmless against any and all losses, damages and liabilities, including without limitation, court costs and reasonable attorney's fees that arise out of or are related to such claim.

GREENPOINT MORTGAGE FUNDING INC.

_____
Kristin Miller, Assistant Secretary
June 2, 2004

State of California   }
                      } ss
County of Sonoma      }

610  022332746  N  001  001

On June 2, 2004, before me, Kolyn VonGehlke, appeared Kristin Miller [X] personally known to me or [ ] proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

_____
Kolyn VonGehlken

OFFICIAL SEAL - 1346009
KOLYN VON GEHLKEN
NOTARY PUBLIC - CALIF.
COUNTY OF SONOMA
My Comm. Exp. March 10, 2006